UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
UNITED STATES OF AMERICA,

                 Plaintiff,               CASE NO: 25 MJ 933 (KPB)

    -against-                 **ORDER OF DISMISSAL**

JOHN K. AFAKE,

                Defendant.
-------------------------------------------------------

      Motion by the Government to dismiss is granted and the above-captioned case is hereby dismissed.

                       SO ORDERED,

                       Hon. Kim P. Berg
                       United States Magistrate Judge

Dated: 6th day of February, 2026
      White Plains, New York